**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-7161**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JEROME WILLIAM STONE,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Chief District Judge. (CR-94-80, CA-96-336-R)

———————

Submitted: November 26, 1996      Decided: January 9, 1997

———————

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

———————

Affirmed as modified by unpublished per curiam opinion.

———————

Jerome William Stone, Appellant Pro Se. Ray B. Fitzgerald, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying as premature his motion filed pursuant to 28 U.S.C. § 2255 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. The district court's order is modified to reflect that Appellant's motion is denied without prejudice. See 28 U.S.C. § 2106 (1994). Accordingly, we grant a certificate of appealability and affirm on the reasoning of the district court, as modified. United States v. Stone, Nos. CR-94-80; CA-96-336-R (W.D. Va. June 14, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED